SHEILA M. SALOMON (SBN 164619)
ANDREW L. CHANG (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   (415) 544-1900
Facsimile:   (415) 391-0281
ssalomon@shb.com
achang@shb.com

Attorneys for Plaintiffs
INTERSCOPE RECORDS; VIRGIN RECORDS AMERICA, INC.; ATLANTIC RECORDING CORP.; CAPITOL RECORDS, INC.; and ARISTA RECORDS LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br>　　v.<br>CHARLES ROBINSON,<br><br>　　　　　Defendant. | CASE NO. 1:05-CV-00830 REC SMS<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br><br>Old Scheduling Conference: 11/14/2005<br><br><br>**NEW SCHEDULING CONFERENCE:**<br><br>**DECEMBER 19, 2005 AT 9:15 A.M.**<br><br>**BEFORE JUDGE SNYDER** |

1

[PROPOSED] ORDER
Case No. 05-CV-00830 REC SMS

94981v1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs have filed an Ex Parte Application To Continue The Initial Scheduling Conference.  Upon consideration of all the papers filed in connection therewith and good cause showing therefore, it is hereby ordered that the Ex Parte Application is GRANTED.

The initial scheduling conference currently scheduled for November 14, 2005 at 2:00 p.m. is continued to December 19, 2005 **at 9:15a.m. before Judge Snyder.**

SO ORDERED.

Dated:   ___11/14/2005

_____              _____    /s/ Sandra M. Snyder_____
UNITED STATES MAGISTRATE JUDGE
SANDRA M. SNYDER

Shook, Hardy & Bacon L.L.P.
333 Bush Street, Suite 600
San Francisco
California 94104-2828

94981v1

PDF created with pdfFactory trial version www.pdffactory.com