SHEILA M. SALOMON (SBN 164619)
ANDREW L. CHANG (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   (415) 544-1900
Facsimile:   (415) 391-0281

Attorneys for Plaintiffs
INTERSCOPE RECORDS; VIRGIN RECORDS AMERICA, INC.; ATLANTIC RECORDING CORP.; CAPITOL RECORDS, INC.; AND ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CHARLES ROBISON,<br><br>　　　　　Defendant. | CASE NO. 1:05-CV-00830-REC-SMS<br><br>**EX PARTE APPLICATION TO VACATE INITIAL SCHEDULING CONFERENCE AND ORDER GRANTING EX PARTE APPLICATION** |

Plaintiffs hereby request that this court vacate the current case management conference scheduled for December 19, 2005 at 9:15 a.m.  Plaintiffs' and Defendant's are currently finalizing settlement negotiations and documents.  There is, therefore, no case scheduling that needs to be done.

Dated:  December 19, 2005

Respectfully submitted,

SHOOK HARDY & BACON L.L.P.

By:  */s/ Andrew L. Chang*
     ANDREW L. CHANG

Attorneys for Plaintiffs
INTERSCOPE RECORDS; VIRGIN RECORDS AMERICA, INC.; ATLANTIC RECORDING CORP.; CAPITOL RECORDS, INC.; and ARISTA RECORDS LLC

### ORDER

Plaintiffs have filed an Ex Parte Application To Vacate The Initial Scheduling Conference.  Upon consideration of all the papers filed in connection therewith and good cause showing therefore, it is hereby ordered that the Ex Parte Application is GRANTED.

The initial scheduling conference currently scheduled for December 19, 2005 is vacated.

SO ORDERED.

DATED:  12/19/2005

By:  /s/ Sandra M. Snyder

SANDRA M. SNYDER

United States Magistrate Judge

Shook, Hardy & Bacon L.L.P.
333 Bush Street, Suite 600
San Francisco
California 94104-2828

96396v1

PDF created with pdfFactory trial version www.pdffactory.com