SHEILA M. SALOMON (SBN 164619)
ANDREW L. CHANG (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:     (415) 544-1900
Facsimile:     (415) 391-0281

Attorneys for Plaintiffs
INTERSCOPE RECORDS; VIRGIN RECORDS
AMERICA, INC.; ATLANTIC RECORDING CORP.;
CAPITOL RECORDS, INC.; AND ARISTA RECORDS LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br>        Plaintiffs, <br>    v. <br><br>CHARLES ROBISON, <br><br>        Defendant. | CASE NO. 1:05-CV-00830-REC-SMS <br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the above-captioned action, including any and all claims, be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

/ /

/ /

1

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
Case No. 1:05-CV-00830-REC-SMS

96760v1

Shook, Hardy & Bacon L.L.P.
333 Bush Street, Suite 600
San Francisco
California 94104-2828

1    This Stipulation may be executed in counterparts, and facsimile signatures shall be deemed

2    original signatures.

3

4    Dated:  December __, 2005                    SHOOK, HARDY & BACON L.L.P.

5

6                                                 By:_____

7                                                      ANDREW L. CHANG

8                                                 Attorneys for Plaintiffs
                                                  INTERSCOPE RECORDS; VIRGIN
9                                                 RECORDS AMERICA, INC.;
                                                  ATLANTIC RECORDING CORP.;
10                                                CAPITOL RECORDS, INC.; and
                                                  ARISTA RECORDS LLC

11

12   Dated:  December __, 2005                    KAHN, SOARES & CONWAY, LLP

13

14                                                By:_____

15                                                     JOHN V. OHNSTAD, JR.

16                                                Attorneys for Defendant
                                                  CHARLES ROBISON

17

18

19                                          **ORDER**

20        IT IS HEREBY ORDERED, in accordance with the agreement between the parties, that

21   the above-entitled action be dismissed with prejudice, with each party to bear their own costs.

22

23   IT IS SO ORDERED.

24   Dated:  __December 3, 2006_____      /s/ ROBERT E. COYLE
     _____       HONORABLE ROBERT E. COYLE

25

26

27

28
                                                           2
                                             STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
                                             Case No. 1:05-CV-00830-REC-SMS

Shook, Hardy & Bacon L.L.P.
333 Bush Street, Suite 600
San Francisco
California 94104-2828

96760v1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Shook, Hardy & Bacon L.L.P.**
333 Bush Street, Suite 600
San Francisco
California 94104-2828

3
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
Case No. 1:05-CV-00830-REC-SMS

96760v1

PDF created with pdfFactory trial version www.pdffactory.com